# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No.: 1:14-ML-2570-RLY-TAB |
| This Document Relates To:<br><br>SHANEEKA BRANCHE<br>    Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | Civil Action No. 1:19-cv-00125 |

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Plaintiff Shaneeka Branche, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Venetia Rivers, Administrator of the Estate of Shaneeka Branche, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Shaneeka Branche filed a Complaint against the Defendants relating to injuries sustained as a result of her Cook IVC Filter.

2. Plaintiff Shaneeka Branche passed away February 12, 2021.

3. Plaintiff's counsel recently learned of Ms. Branche's passing.

4. Venetia Rivers is the Administrator of the Estate of Shaneeka Branche.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1,

    which substitutes Venetia Rivers, Administrator of the Estate of Shaneeka Branche, as Plaintiff.

7. The death certificate of Shaneeka Branche is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Shaneeka Branche was filed on October 14, 2024.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: <u>October 14, 2024</u>

                                              */s/ Stuart L. Goldenberg*
                                              Stuart L. Goldenberg (MN 0158719)
                                              Goldenberg Lauricella, PLLC
                                              800 LaSalle Avenue, Suite 2150
                                              Minneapolis, MN 54502
                                              Phone: (612) 335-9960
                                              slgoldenberg@goldenberglaw.com

                                              *Attorney for Plaintiff(s)*

                                              */s/ Robert J. Fenstersheib*
                                              Robert J. Fenstersheib
                                              Florida Bar #307300
                                              Fenstersheib Law Group P.A.
                                              520 Hallandale Beach Blvd.
                                              Hallandale, FL 33009
                                              P: (952) 456-2488
                                              F: (954) 21202757
                                              Email: rjf@fenstersheib.com

                                              *Attorney for Plaintiff(s)*