# STATE OF MARYLAND
## Maryland Department of Health
### Division of Vital Records

**Certificate of Death**

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name | SHANEEKA BRANCHE / SHANEEKA RENEE BRANCHE |
| 2. Date of Death | 02/12/2021 |
| 3. Time of Death | 1819 |
| 4a. Facility Name | UNIV OF MARYLAND MEDICAL CENTER |
| 4b. City, Town or Location of Death | BALTIMORE |
| 4c. County of Death | BALTIMORE CITY |
| 6. Sex | F |
| 7. Age | 39 YR |
| 9. Birthplace | MARYLAND |
| 10a. State | MARYLAND |
| 10b. County | BALTIMORE |
| 10c. City, Town or Location | WINDSOR MILL |
| 10d. Inside City Limits? | NO |
| 10f. Zip Code | 21244 |
| 11. Marital Status | NEVER MARRIED |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | BLACK |
| 15. Decedent's Education | ASSOCIATE |
| 16a. Decedent's Usual Occupation | RESIDENT ASSISTANT |
| 16b. Business/Industry | CHIMES |
| 17. Father's Name | WARREN MAURICE BRANCH |
| 18. Mother's Name Prior to First Marriage | EVELYN SMITH |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | EVELYN BRANCHE |
| 20b. Informant's Relationship | MOTHER |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | WOODLAWN CEMETERY |
| 21c. Date of Disposition | 03/05/2021 |
| 21d. Location | 2130 WOODLAWN DRIVE, BALTIMORE, MARYLAND 21207 |
| 22a. Signature of Funeral Service Licensee | ANTHONY T BRAYBOY |
| 22b. License No | M01730 |
| 22c. Name and Address of Funeral Facility | WYLIE FUNERAL HOME P.A. OF BALTIMORE COUNTY, 9200 LIBERTY ROAD, RANDALLSTOWN, MD 21133 |

**23a. Part I. Disease, injuries, or complications that directly caused the death**

| Cause | Approximate Interval Between Onset and Death |
|---|---|
| a. CARDIAC ARREST | MINUTES TO HOUR |
| b. SHOCK | HOURS TO DAYS |
| c. HEPATIC ENCEPHALOPATHY | DAYS TO WEEKS |
| d. LIVER CIRRHOSIS | MONTHS TO YEARS |

**Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I**
ALCOHOL USE DISORDER, HISTORY OF VENOUS THROMBOEMBOLISM

| Field | Value |
|---|---|
| 23b. Did tobacco use contribute to the cause of death? | NO |
| 24a. Was an autopsy performed? | NO |
| 25a. Was case referred to medical examiner? | NO |
| 26. Place of Death | INPATIENT |
| 27. Manner of Death | NATURAL |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | MESHREF A ALSHEHRI, MBBS |
| 29c. License No | 999110168 |
| 29d. Date signed | 02/13/2021 |
| 30a. Name of person who completed cause of death | MESHREF AYED ALSHEHRI |
| 30b. Address of person who completed cause of death | 22 SOUTH GREENE STREET, BALTIMORE, MARYLAND 21201 |
| 32. Registrar at Filing | CRYSTAL D. WEAVER |
| 33. Date Issued | 02/25/2021 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature: *Crystal D. Weaver*

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED